EDWARD O'TOOLE, PLAINTIFF, v. ROBERT O'TOOLE AND
SALLY E. O'TOOLE, DEFENDANTS.

Decided February 16, 1932.

For the plaintiff, *Richard Doherty.*

For the defendants, *Perkins & Drewen.*

ACKERSON, S. C. C.   This matter comes before me upon
a motion supplementary to a motion heretofore ruled upon
by me, wherein I struck out the entire answer of the defend-
ants except that part thereof which denies endorsement to
and ownership by the plaintiff of the note upon which the
suit is based as there was no proof offered upon that subject.
In the course of my previous memorandum, I suggested that
if counsel could agree that said note was endorsed over to the
plaintiff and owned by him, I would strike out the entire
answer, whereupon, by my permission, the plaintiff has pre-
sented this supplementary motion to strike out the entire
answer, and has supplied the missing proof hereinbefore
mentioned, and the defendants have not only failed to supply
any evidence to the contrary, but their counsel have informed
me that they have advised them that their failure so to do
would result in their answer being stricken out.

In view of what has already been said, it is apparent that
I have no other recourse than to grant the plaintiff's motion
to strike out the entire answer, and in so doing I make my
memorandum on the last motion a part hereof.

An order may be presented striking out the answer in
accordance with the conclusion thus reached.